Order issued January 22, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00405-CR

**LONNIE WAYNE HOGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court has before it the State's January 18, 2013 motion for extension of time to file tendered brief. The Court **GRANTS** the motion. State's brief received by the Clerk of the Court on January 18, 2013, is **DEEMED FILED** as of January 18, 2013.

DOUGLAS S. LANG
PRESIDING JUSTICE